CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

FEB 17 2016

JULIA C. DUDLEY, CLERK
BY: H McDonald
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

SCOTT FITZGERALD CARTER, SR.,
    Plaintiff,

Civil Action No. 7:15-cv-00083

v.

**ORDER**

JACK COX, et al.,
    Defendants.

By:    Hon. Jackson L. Kiser
        Senior United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the complaint is **DISMISSED without prejudice** pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

ENTER: This 17th day of February, 2016.

/s/ Jackson L. Kiser
Senior United States District Judge